## COMMONWEALTH to use v. STEELMAN.

May 20, 1840.

*Rule to show cause why the judgment should not be set aside.*

In a suit on a bail-bond taken under the provisions of the act of 13th June, 1836, relating to actions, plaintiff is not entitled to judgment for want of an affidavit of defence, under the act of 28th March, 1835.

THIS was a debt on a bail-bond taken under the act of 13th June, 1836. The plaintiff took judgment, on the regular day, for want of an affidavit of defence.   (See 1 *Miles* 25.)

Defendant obtained this rule to show cause.

*Oakford*, for rule.
*J. S. Brewster*, contra.

THE COURT said that they had ruled that a bail-bond, inasmuch as it contained alternative conditions as to the surrender of the original defendant and the payment of the money, was not within the provisions of the act entitling plaintiff to judgment for want of an affidavit of defence. (See 1 *Miles* 25.)

Rule absolute.